# APPENDIX A

**RHONDA SPENCER POZEHL**
**LAW OFFICE OF RHONDA SPENCER POZEHL, PLLC**
**OF COUNSEL TO MOGILL & LEMANSKI, PLLC**
**27 E FLINT ST, 2ND FLOOR**
**LAKE ORION, MI  48362**
**248-989-5302**
rspozehl@miethicslaw.com

**EDUCATION**

Elida High School, Elida, OH 1976
Oakland University, Rochester, MI, BA Political Science, 1981
University of Toledo College of Law, Toledo, OH, JD June 1985

**EMPLOYMENT:**

9/1/2021-
Present        Owner, Law Office of Rhonda Spencer Pozehl, PLLC

Boutique firm concentrating on professional responsibility and ethics matters.

Of Counsel Mogill, Posner & Cohen    9/1/2021-2/1/2024
Of Counsel Mogill & Lemanski, PLLC  2/1/2024 - present

1/4/2004 –
4/1/2021       Supervising Senior Associate Counsel, AGC

Handled pro hac vice admissions, trust account overdraft notifications, requests for investigation and receivership matters. Investigation and, where necessary, prosecution of attorney disciplinary matters.

3/7/1997 -
12/31/2003     Managing Partner & Treasurer, Moore Vestrand & Pozehl, P.C., Southfield, MI

Boutique law firm concentrating its practice on defending lawyers in grievance and malpractice actions.

1/29/1987 -
3/6/1997       Associate Counsel, Attorney Grievance Commission (AGC).
               Senior Associate Counsel, AGC

The AGC is the prosecution arm of the Michigan Supreme Court for discharge of its constitutional responsibility to supervise and

1

discipline Michigan attorneys and those temporarily admitted to practice under MCR 8.126 or otherwise subject to the disciplinary authority of the Court.

**BAR ADMISSIONS**

State Bar of Michigan, 1985
United States District Court for the Eastern District of Michigan, 1986

**BAR ACTIVITIES**

Member, American Bar Association
Member, American Bar Association – Center for Professional Responsibility
Member, State Bar of Michigan (SBM)
    Past Member, SBM Standing Committee on Professional Ethics (AGC liaison)
    Past Member, SBM Payee Notification Committee
    Past Member, SBM Receivership Committee
Member, Oakland County Bar Association
    Past Member, Professionalism Committee

**OTHER MEMBERSHIPS**

Member, Association of Professional Responsibility Lawyers (APRL)

**HIGHLIGHTS OF EXPERIENCE:**

- Substantial experience in the investigation of allegations of lawyer ethical misconduct.

- Handled pro hac vice admissions.

- 2010-2021 AGC liaison to the State Bar of Michigan for the trust account overdraft notification (TAON) rule. Worked closely with SBM staff to develop the TAON program, including guidelines, procedures, and protocols. Following implementation of MRPC 1.15A, handled the majority of over 3,000 TAONS received by the Commission from September 2010 effective date through March 31, 2021.

- From 2004 - April 1, 2021, handled most receivership matters filed by the Grievance Administrator.

- Substantial litigation, trial, and appeal experience handling proceedings before hearing panels of the Michigan Attorney Discipline Board (ADB), before the ADB, and before the Michigan Supreme Court.

- Rotating Member of the AGC's Formal Complaint Review Committee.

- Member of the AGC Rules Committee – Assisted in drafting numerous proposed court rules for adoption by the Michigan Supreme Court.

- Appointed to various SBM Committees by past presidents of the SBM, including State Bar Professional Ethics Committee, Receivership Committee and Payee Notification Committee.

- Substantial knowledge in the field of ethics gained from years of experience in investigating, prosecuting, and defending lawyer disciplinary matters.

- Published AGC/ADB practice pointers, columns and articles involving matters of lawyer ethics.

- Frequent Speaker - addressed various groups and spoke at seminars on topics related to lawyer ethics, including University of Detroit Incubator Program, SBM-Young Lawyer's section, National Organization of Bar Counsel (NOBC), SBM Representative Assembly, Saginaw Bar Association, State Bar of Michigan and Federal Bar.

- Knowledge and experience in support staff management and supervision, including both attorney and non-attorney staff hiring decisions, mentoring of attorney personnel, and monthly review of TAON investigations undertaken by staff attorneys to ensure matters were appropriately investigated before file recommendations were submitted to the Commission.

**PUBLICATIONS**

AGC/JTC Practice Pointers: "Safekeeping Property and Avoiding a Trust Account Overdraft Notification (TAON) MRPC 1.15 and 1.15A", Michigan Bar Journal, Vol 93, Issue 1 (January 2014), p. 52
93 Mich B.J. 52 (2014)

"Common Trust Accounting Pitfalls and Avoiding Trust Account Overdraft Notifications", Michigan Bar Journal, Vol. 94, Issue 3 (March 2015) pp. 34-37 Pozehl, Rhonda Spencer Dajani, Dina P.
94 Mich. B.J. 34 (2015)

AGC/JTC Practice Pointers: "Improper Uses of a Lawyer Trust Account", Michigan Bar Journal, Vol 96, Issue 9 (September 2017) p. 61 Pozehl, Rhonda Spencer
96 Mich B.J. 61 (2017)

"Heightened Lawyer Accountability for Trust Accounts (Part 1: TAON - An Oversight Enhancement), Vol 89, Issue 12 (December 2010) pp. 22-23 Pozehl, Rhonda Spencer
89 Mich B.J. 22 (2010)

"Signed, Sealed, and . . . Disciplined?", Michigan Bar Journal, Vol 87, Issue 1 (January 2008) pp. 30-33 Dajani, Dina P.; Pozehl, Rhonda Spencer
87 Mich. B.J. 30 (2008)

**SAMPLE PRESENTATIONS**

State Bar of Michigan, 2010-2021, "Lawyer Trust Accounts: Management Principles and Recordkeeping Resources" (three times annually) [co-presenters, Nkrumah Johnson-Wynn, Danon Goodrum-Garland and Rhonda Spencer Pozehl]

National Organization of Bar Counsel, Mid-Year meeting January 2018, Vancouver, British Columbia, co-presenter, "Record-Keeping for Dummies, (i.e., Regulators)"

University of Detroit Incubator Program, 2017, (co-presenters, Dina P. Dajani, Esq. "Attorney Disciplinary System" and Rhonda Spencer Pozehl "Handling Lawyer Trust Accounts").

University of Detroit Incubator Program, Workshop, 2017, (co-presenters, Alan M. Gershel, Esq. "Attorney Grievance Commission" and Rhonda Spencer Pozehl "Trust Account Overdraft Notifications").

Sixth Circuit Judicial Conference, May 14, 2015, "An Ethics Update: Social Media, Conflicts, Candor & More!" [co-presenter with Kenneth M. Mogill, Esq.]