# APPENDIX A

## SUMMARY OF UNREPORTED GROSS RECEIPTS

|  | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | TOTAL | EXHIBIT |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL DEPOSITS TO ALL BANK ACCOUNTS | $2,623,084.90 | $1,765,635.30 | $753,652.86 | $1,398,904.19 | $576,503.68 | $678,957.85 | $852,518.15 | **$8,649,256.93** | 147 |
| LESS: DEPOSITS TO IOLTA | $1,214,950.51 | $262,754.62 | $343,744.09 | $442,833.58 | $60,649.12 | $6,001.36 | $309,926.49 | $2,640,859.77 | 140-146 |
| LESS: INTEREST DEPOSITS | $26.54 | $60.62 | $29.42 | $28.00 | $69.40 | $61.05 | $40.46 | $315.49 | 140-146 |
| LESS: OTHER NON-TAXABLE DEPOSITS | $24,758.07 | $519,097.21 | $16,926.07 | $121,257.04 | $74,926.21 | $59,134.43 | $26,978.21 | $843,077.24 | 140-146 |
| LESS: TRANSFERS BETWEEN PERSONAL/BUSSINESS ACCTS | $265,600.00 | $626,400.00 | $8,291.56 | $319,748.25 | $99,521.50 | $196,319.00 | $39,090.00 | $1,554,970.31 | 140-146 |
| **GROSS RECEIPTS** | **$1,117,749.78** | **$357,322.85** | **$384,661.72** | **$515,037.32** | **$341,337.45** | **$417,442.01** | **$476,482.99** | **$3,610,034.12** | |
| GROSS RECEIPTS | $1,117,749.78 | $357,322.85 | $384,661.72 | $515,037.32 | $341,337.45 | $417,442.01 | $476,482.99 | $3,610,034.12 | |
| LESS: PAYMENTS TO CLIENTS AND ATTORNEYS | $0.00 | $0.00 | $7,000.00 | $16,000.00 | $0.00 | $9,500.00 | $11,500.00 | $44,000.00 | 140-146 |
| **ADJUSTED GROSS RECEIPTS** | **$1,117,749.78** | **$357,322.85** | **$377,661.72** | **$499,037.32** | **$341,337.45** | **$407,942.01** | **$464,982.99** | **$3,566,034.12** | |
| ADJUSTED GROSS RECEIPTS | $1,117,749.78 | $357,322.85 | $377,661.72 | $499,037.32 | $341,337.45 | $407,942.01 | $464,982.99 | $3,566,034.12 | |
| LESS: GROSS RECEIPTS REPORTED ON TAX RETURNS | $870,008.00 | $170,345.00 | $203,150.00 | $224,000.00 | $197,000.00 | $0.00 | $0.00 | $1,664,503.00 | 1-5 |
| **UNREPORTED GROSS RECEIPTS** | **$247,741.78** | **$186,977.85** | **$174,511.72** | **$275,037.32** | **$144,337.45** | **$407,942.01** | **$464,982.99** | **$1,901,531.12** | |

DRAFT