UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                Case No: 24-cr-20562
                                Hon. Brandy R. McMillion

-v-

SHAWN PATRICK SMITH,

      Defendant.
_____/

## ORDER EXTENDING DATES AND FINDING EXCLUDABLE DELAY

The matter is before the Court upon the Joint Stipulation of the Parties for an extension of dates and a finding of excludable delay (ECF No. 58). For the reasons described in the parties' submission, and after considering the factors listed in § 3161(h)(7)(B); **IT IS THE FINDING OF THE COURT** that under the provisions of 18 U.S.C. § 3161(h)(7)(A), that the ends of justice served by granting the requested continuance outweigh the best interests of the public and of the defendant in a speedy trial; and that the time from the date of this order to the date of the status conference set for August 19, 2025 determined by the Court qualifies as excludable delay under § 3161(h)(7). Specifically, the Court finds that defense counsel requires more time to effectively prepare for trial and the defendant requires time to deal with health issues and a determination of trial counsel.

**IT IS THE FURTHER FINDING OF THE COURT** that in accord with 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) that a denial of a continuance would be likely to make a continuation of such proceeding impossible or result in a miscarriage of justice, and that the denial of a continuance would unreasonably deny the defendant continuity of counsel and the reasonable time necessary for effective preparation, taking in account the exercise of due diligence; and

Accordingly, **IT IS HEREBY ORDERED** that the time period from April 30, 2025, through August 19, 2025, be excluded in computing the time within which trial must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

**IT IS SO ORDERED.**

Date:  April 16, 2025

s/Brandy R. McMillion  
HON. BRANDY R. MCMILLION  
United States District Judge