UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                              Case No: 24-cr-20562
                              Hon. Brandy R. McMillion

-v-

SHAWN PATRICK SMITH,

      Defendant.
_____/

**ORDER FINDING EXCLUDABLE DELAY**

This matter is before the Court upon the parties' Stipulation for Finding of Excludable Delay (ECF No. 64). For the reasons described in the parties' submission, and after considering the factors listed in 18 U.S.C. § 3161(h)(7)(B); **IT IS THE FINDING OF THE COURT** that under the provisions of 18 U.S.C. § 3161(h)(7)(A), that the ends of justice served by granting the requested continuance outweigh the best interests of the public and of the defendant in a speedy trial; and that the time from August 19, 2025 through the date of the status conference set for November 18, 2025, qualifies as excludable delay under § 3161(h)(7). Specifically, the Court finds that the defendant requires additional time to deal with health issues and a determination of trial counsel.

**IT IS THE FURTHER FINDING OF THE COURT** that in accordance with 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) that a denial of a continuance would be likely to make a continuation of such proceeding impossible or result in a miscarriage of justice, and that the denial of a continuance would unreasonably deny the defendant continuity of counsel and the reasonable time necessary for effective preparation, taking in account the exercise of due diligence; and

Accordingly, **IT IS HEREBY ORDERED** that the time period from August 19, 2025, through November 18, 2025, be excluded in computing the time within which trial must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

**IT IS SO ORDERED.**

Dated: August 20, 2025                                         s/Brandy R. McMillion
                                                               HON. BRANDY R. MCMILLION
                                                               United States District Judge